

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In the Matter of J.M.G., a Juvenile

No. 06-16-00011-CV

Appeal from the County Court at Law No. 1 of Hunt County, Texas (Tr. Ct. No. J-02355). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the court' disposition order. We affirm the disposition order of the trial court.

We note that the appellant has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 29, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk